JOHN BARABELL, Respondent, v. NANCY E. HATCH, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HOWARD M. GITHENS, Respondent, v. PUBLIC INDUSTRIALS CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant, Impleaded with Another.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

NATHAN GLICKMAN, Appellant, v. PHILIP SCHARF, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

PHYLLIS SALISCH, Respondent, v. LOUIS SALISCH, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MAX MEYER, Appellant, v. E. T. VANDER POEL & CO., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley and Sherman, JJ.

NELLIE M. MAHANEY, as Sole Surviving Executrix, etc., of JOHN WHALEN, Deceased, Appellant, v. 580 MADISON AVENUE, INC., Respondent. 580 MADISON AVENUE, INC., Respondent, v. NELLIE M. MAHANEY, as Sole Surviving Executrix, etc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. [135 Misc. 603.]

PATHE EXCHANGE, INC., Appellant, Respondent, v. MARGARET BRAY and Others, Respondents, Appellants.— Judgment and orders affirmed, with costs to the defendants. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CLARISSE V. BERNARD, by GEORGE BERNARD, Her Guardian ad Litem, Respondent, v. EDWARD MARGOLIES, Appellant. (Action No. 1.)— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

GEORGE BERNARD, Respondent, v. EDWARD MARGOLIES, Appellant. (Action No. 2.) — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.